JPML FORM 1A

p. 1

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 758 -- In re Multi Market Media/Lee S. Eden Contract Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 88/02/17 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, NOTICE OF APPEARANCE, CERTIFICATE OF SERVICE -- Lee S. Eden, et al. -- SUGGESTED TRANSFEREE DISTRICT: District of CONNECTICUT. (tmq) |
| 88/02/26 | | APPEARANCE: PHILIP H. BARTELS for Lee S. Eden, et al. (rh) |
| 88/02/29 | | APPEARANCE: FRANK L. BROYLES, ESQ. for Multi Market Media (cds) |
| 88/03/01 | 2 | RESPONSE, BRIEF (to pldg. #1) -- Multi Market, Inc. -- w/cert. of service (cds) |
| 88/03/07 | 3 | LETTER W/ATTACHMENTS (re pldg. #2) -- signed by Philip H. Bartels, counsel for Lee S. Eden, et al. (cds) |
| 88/03/22 | 4 | REPLY -- Lee S. Eden, et al. -- w/Attachment and cert. of service (cds) |
| 88/04/14 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on May 19, 1988 in Chicago, Illinois (rh) |
| 88/04/25 | 5 | REQUEST FOR A CONTINUANCE OF MAY 19, 1988 HEARING -- Lee S. Eden, et al. -- w/cert. of svc. (rh) |
| 88/05/03 | | ORDER VACATING MAY 19, 1988 HEARING -- notified involved judges, clerks and counsel (cds) |
| 88/05/03 | 6 | RESPONSE (to pldg. #5) -- Multi Market Media, Inc. -- w/cert. of service (cds) |
| 88/06/14 | | HEARING ORDER -- Setting motion of Lee S. Eden, et al. for transfer (A-1 and A-2) for hearing on July 28, 1988, in Portland, Maine. Notified involved counsel, clerks, judges. (rew) |
| 88/07/15 | 7 | LETTER -- Requesting the hearing to be continued -- signed by Philip H. Bartels counsel for Lee S. Eden, et al. -- w/cert. of svc. (rh) |
| 88/07/20 | | ORDER VACATING JULY 28, 1988 HEARING -- Notified involved judges, clerks and counsel (cds) |

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/07/21 | 8 | LETTER -- Lee S. Eden, et al. (dated 7/18/88) -- Re: **A-2** -- w/Default Judgment order and cert. of svc. |
| 88/08/26 | | ORDER DEEMING MOTION WITHDRAWN AS MOOT -- Notified involved clerks, judges and counsel. (ds) |

JPML Form 1
Revised: 8/78

DOCKET NO. 758 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE MULTI MARKET MEDIA/LEE S. EDEN CONTRACT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | August 26, 1988 | MO | | | | |

Special Transferee Information

DATE CLOSED: August 26, 1988

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 758 -- IN RE MULTI MARKET MEDIA/LEE S. EDEN CONTRACT LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lee S. Eden, et al. v. Multi Market Media, Inc. | Conn. Daly | CIV-B-88-060-TFGD | | | | |
| A-2 | Multi Market Media, Inc. v. Lee S. Eden, et al. | Tex.,N. Fitzwater | CA3-88-0076-D | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 758 -- In re Multi Market Media/Lee S. Eden Contract Litigation

LEE S. EDEN, ET AL. (A-1 Also Deft.)
Philip H. Bartels, Esq.
Duel & Holland
289 Greenwich Avenue
Greenwich, Connecticut  06830-6595

MULTI MARKET MEDIA  (A-2 Also Deft.)
Frank L. Broyles, Esq.
1650 Texas Commerce Bank Bldg.
545 E. John Carpenter Freeway
Irving, Texas  75062

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 758 -- IN RE MULTI MARKET MEDIA/LEE S. EDEN CONTRACT LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| MULTI MARKET MEDIA, INC. | A-1, 2, |
| LEE S. EDEN | A-1, 2, |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |