JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG 26 1988

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 758

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MULTI MARKET MEDIA/LEE S. EDEN CONTRACT LITIGATION

ORDER DEEMING MOTION WITHDRAWN
AS MOOT

On February 17, 1988, plaintiffs in the two actions in this docket moved the Panel to transfer, under 28 U.S.C. §1407, one action pending in the Northern District of Texas to the District of Connecticut for coordinated or consolidated pretrial proceedings with the one action pending there. Subsequently, a default judgment was entered in the Texas action on May 26, 1988, and this action was closed by the Texas court on June 14, 1988.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for centralization of the actions listed on the attached Schedule A be, and the same hereby is, DEEMED WITHDRAWN as moot.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

Schedule A

<u>MDL-758 -- In re Multi Market Media/Lee S. Eden Contract Litigation</u>

<u>Northern District of Texas</u>

<u>Multi Market Media, Inc. v. Lee S. Eden,</u> C.A. No. CA3-88-0076-D

<u>District of Connecticut</u>

<u>Lee S. Eden, et al. v. Multi Market Media, Inc.</u>, C.A. No. CIV-B-88-060-TFGD